**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Herbert SMART, a/k/a Panama,**
**Defendant–Appellant.**

No. 03–6753.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 20, 2003.

Herbert Smart, Appellant Pro Se.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Herbert Smart appeals the district court's order denying his motion to unseal three psychiatric reports. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Smart*, No. CR–97–25 (E.D.Va. Apr. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*